IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL JACOBO CASTANEDA, and LOUIE SALAZAR,<br><br>Defendants. | CASE NO. 2:10-CR-00299-WBS<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE: August 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**<u>ORDER</u>**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Superseding Indictment and Second Superseding Indictment are dismissed against the above-captioned defendants. The August 29, 2016 hearing date is vacated.

Dated: August 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE